# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DONNA SMITH, ET AL** | **CASE NO. 6:25-CV-01197** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WALMART INC, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of OBJECTIONS TO REPORT AND RECOMMENDATION filed [Doc. 27], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiffs' MOTION TO REMAND [Doc. 10] is DENIED.

THUS DONE AND SIGNED in Chambers on this 22nd day of December, 2025.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**